UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REVAH ANZALDUA | : | |
| | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | NO. 2:15-cv-00732 |
| v. | : | |
| | : | |
| WHYY, INC. | : | |
| Defendants | : | |
| | : | |
| | : | |

### ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance on behalf of Defendants, WHYY, Inc. in the above-captioned matter.

                                         **LITCHFIELD CAVO LLP**

                                         By:_____
                                            Joel I. Fishbein, Esquire
                                            Identification No.: 57550
                                            1515 Market Street
                                            Suite 1220
                                            Philadelphia, PA   19102
                                            215-999-5771
                                            Attorneys for Defendants

Date:   March 30, 2015

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REVAH ANZALDUA | : | |
| | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | NO. 2:15-cv-00732 |
| v. | : | |
| | : | |
| WHYY, INC. | : | |
| Defendants | : | |

**CERTIFICATE OF SERVICE**

    I, Joel I. Fishbein, Esquire, do hereby certify that I have served a true and correct copy of the foregoing Entry of Appearance, upon all counsel of record simultaneously with the filing of the pleading via the Court's Electronic Filing System on March 30, 2015 on the following counsel of record:

Michael Murphy, Esquire
Michael Groh, Esquire
Murphy Law Group, LLC
One Penn Center, Suite 1230
Philadelphia, PA 19103

**LITCHFIELD CAVO LLP**

By:_____
Joel I. Fishbein, Esquire
Identification No.: 57550
1515 Market Street
Suite 1220
Philadelphia, PA   19102
215-999-5771
Attorneys for Defendants