# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **REVAH ANZALDUA,** :<br>     **Plaintiff** :<br>     :<br>     **v.** :<br>     :<br>**WHYY, INC.** :<br>     **Defendant** :<br>     : | **CIVIL ACTION NO. 15-732** |

## ORDER

**AND NOW,** this 1st day of February 2016, upon consideration of Defendant WHYY, Inc.'s Motion to Dismiss Plaintiff's Amended Complaint [Doc. No. 6] and the response thereto, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion is **DENIED**.

It is so **ORDERED.**

                                                                                              **BY THE COURT:**

                                                                                              /s/ Cynthia M. Rufe

                                                                                              **CYNTHIA M. RUFE, J.**